UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 20-4965-JFW(AFMx)**                                       Date:  March 17, 2021

Title:         Lamar Myers -v- Ramos Brothers Partnership, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                    None Present  
Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:  
None                                                                              None

PROCEEDINGS (IN CHAMBERS):        DISMISSAL OF ACTION FOR LACK OF PROSECUTION

As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr